BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California  95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Petitioner,<br><br>v.<br><br>NORMAN D. BISHOP,<br><br>　　　Respondent, | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>TAXPAYER:  NORMAN D. BISHOP as Sole Proprietor of Clovis Ace Hardware |

Petitioner, the United States of America, by and through its undersigned counsel alleges as follows:

A.  JURISDICTION

1.　　This proceeding is brought under 26 U.S.C. sections 7402(a)-(b) and 7604(a), which give authority for judicial enforcement of Internal Revenue Service ("IRS") summonses.  Subject matter jurisdiction is given by  28 U.S.C. sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).

2.　　Venue is proper in this judicial district as Respondent resides in or may be found within this district.  See 26 U.S.C. §§ 7402(b), 7604(a).

///

///

---

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS
1

## B. PARTIES

3. By knowledge of applicable procedures, Lorena Ramos is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Compliance Division, California Area, Internal Revenue Service. Revenue Officer Ramos is authorized to issue an IRS summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

4. By knowledge of the investigation, the Respondent, Norman D. Bishop, resides in Fresno County, California, within the jurisdiction of this Court.

5. By personal knowledge, Revenue Officer Lorena Ramos is conducting an investigation of Norman D. Bishop to determine financial information relevant to the IRS's efforts to collect Employer's Federal Quarterly Tax (Form 941) for the tax periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2008, and June 30, 2009; as well as Employer Annual Federal Unemployment Tax (Form 940) for the tax year ending December 31, 2008, assessed against Norman D. Bishop and relating to his business, Clovis Ace Hardware.

6. On information and belief, the Respondent is in possession and control of the testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

7. By personal knowledge and knowledge of the investigation, on January 13, 2011, Revenue Officer Lorena Ramos issued an IRS summons, directing Respondent to appear before her on February 15, 2011, at the hour of 1:00 p.m., at 2525 Capitol Street, Suite 206, Fresno, California, to provide testimony and to produce for examination the books, records, papers and other data described in the summons.

///

8. By personal knowledge, on January 13, 2011, at 10:00 a.m., Revenue Officer Lorena Ramos personally served an attested copy of the summons to Respondent.

9. By knowledge of the investigation, a true and correct copy of the summons is attached as <u>Exhibit A</u> to the petition. This Exhibit is hereby adopted by reference.

10. By personal knowledge, Respondent appeared on February 15, 2011, as directed in the summons, but failed to provide the testimony and documents demanded in the summons.

11. By personal knowledge and knowledge of the investigation, Respondent's failure to fully comply with the summons continues to this date.

13. By personal knowledge and knowledge of the investigation, the testimony sought by the summons is necessary and relevant to determine financial information to aid the IRS's efforts to collect Employer's Federal Quarterly Tax (Form 941) for the tax periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2008, and June 30, 2009; and Employer Annual Federal Unemployment Tax (Form 940) for the tax year ending December 31, 2008, for Norman D. Bishop.

14. By personal knowledge and knowledge of the investigation, the information sought by the summons is not already in the possession of the IRS.

15. By knowledge of the investigation and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

16. By personal knowledge, knowledge of the investigation, and knowledge of applicable procedures, there are no criminal referrals to the Department of Justice in effect, as defined in I.R.C. § 7602(d) (26 U.S.C.), for the tax periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2008, and June 30, 2009, for Norman D. Bishop.

WHEREFORE, the United States prays as follows:

1. For an order directing Respondent to show cause, if any, why he should not comply with and obey the summons, and each and every requirement thereof;

2. For an order directing Respondent to obey the summons, and each and every requirement thereof, at such time and place as may be fixed by Revenue Officer Ramos or any other proper officer or employee of the IRS;

3. For costs of suit; and

4. For such other and further relief as the Court deems just and proper.

Dated:  September 21, 2011                              Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                       United States Attorney

By:   */s/ YHimel*
       YOSHINORI H. T. HIMEL
       Assistant U.S. Attorney
       Attorneys for Petitioner United States of America

# VERIFICATION BY REVENUE OFFICER LORENA RAMOS

Revenue Officer LORENA RAMOS, pursuant to 28 U.S.C. § 1746(a), verifies as follows:

1. I am the Revenue officer in this case.
2. Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:
   a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.
   b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.
   c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.
   d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on September  21 , 2011 in Fresno, California.

*/s/ Lorena Ramos*
LORENA RAMOS
Revenue Officer
Internal Revenue Service



# Summons

## Collection Information Statement

In the matter of  NORMAN D BISHOP, 2930 E NEES AVE STE 105, FRESNO, CA 93720-6009
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To: NORMAN D BISHOP
At: 11092 E MITCHELL PEAK WAY CLOVIS, CA 93619

You are hereby summoned and required to appear before LORENA RAMOS, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010  To DATE OF COMPLIANCE

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

2525 CAPITOL STREET, STE 206, FRESNO  CA  93721  (559) 443-7632

Place and time for appearance: At  2525 CAPITOL STREET, STE 206, FRESNO, CA  93721

on the  15th  day of  February , 2011  at  1:00  o'clock  p  m.

Issued under authority of the Internal Revenue Code this  13th  day of  January , 2011

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

LORENA RAMOS
Signature of issuing officer

_(signed)_
Signature of approving officer (if applicable)

REVENUE OFFICER
Title

REVENUE OFFICER
Title

Original -- to be kept by IRS

Exhibit A                                           Page 1 of 3



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 1-13-11  Time: 10:0

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed. Hand Delivered It To TP himself

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Signature: [signed]  Title: REVENUE OFFICER

I certify that the copy of the summons served contained the required certification.

Signature: [signed]  Title: REVENUE OFFICER

Catalog No. 25000Q  Form **6637** (Rev. 10-2010)

Attachment 1 to Summons Form 6637

In the matter of **NORMAN D BISHOP**

Period information: Form 940 for the calendar period ending December 31, 2008 and Form 941 for the quarterly periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009 and June 30, 2009