1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California  95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:  (916) 554-2900
   Email:  yoshinori.himel@usdoj.gov
6
7  Attorneys for Petitioner United States of America

8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No.: 1:11-cv-01604-LJO-MJS |
12 |                           |                                 |
   | Petitioner,               | **ORDER TO SHOW CAUSE RE:**     |
   |                           | **ENFORCEMENT OF INTERNAL REVENUE** |
13 | v.                        | **SERVICE SUMMONS**             |
14 | NORMAN D. BISHOP,         | TAXPAYER:  NORMAN D. BISHOP as Sole Proprietor of Clovis Ace Hardware |
15 | Respondent.               |                                 |
   |                           | Date:  Friday, November 18, 2011 |
16 |                           | Time:  9:30 a.m.                |
   |                           | Ctrm:  6 (Honorable Michael J. Seng) |
17

18
19     Upon review of the Verified Petition to Enforce Internal Revenue Service Summons and the
20 Memorandum of Points and Authorities filed in support of the petition by the United States of
21 America,
       IT IS HEREBY ORDERED that Respondent,  NORMAN D. BISHOP, appear before United
22
23 States Magistrate Michael J. Seng, in Courtroom No. 6, in the United States Courthouse, 2500 Tulare
24 Street, Fresno, California, 93721, on Friday, November 18, 2011, at 9:30 a.m. to show cause why he
25 should not be compelled to obey the Internal Revenue Service summons served upon him on January
26 13, 2011, and attached to the United States' Verified Petition to Enforce Internal Revenue Service
27 Summons.
28

---

[Proposed] ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS
1

IT IS FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition, shall be served upon Respondent by any means of service permitted by Fed. R. Civ. P. 4(e), on or before October 14, 2011 , unless such service cannot be made despite reasonable efforts.  If Petitioner is unable to serve Respondent despite making reasonable efforts to do so, Petitioners may request a court order granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5).

IT IS FURTHER ORDERED that within 14 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate declaration(s), as well as any motions the Respondents desire to make.  Petitioner may file a reply.   Only issues raised by the written response and supported by declaration(s) will be considered on the return date of this Order, and any uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  If the summons is enforced, the Court should retain jurisdiction to enforce its order by its contempt power.

IT IS SO ORDERED.

Dated:   September 26, 2011          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE