# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NORMAN D. BISHOP,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. 1:11-cv-01604-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE IRS SUMMONS ISSUED TO NORMAN BISHOP BE ENFORCED**<br><br>**(Docket No. 11)** |

　　　　On January 24, 2012, the Magistrate Judge issued Findings and Recommendations that the IRS summons issued to respondent Norman Bishop be enforced and that Mr. Bishop be ordered to appear at the IRS offices. (Doc. 11.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within ten (10) days after service of the order. No objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued January 24, 2012, are ADOPTED IN FULL;

2. The IRS summons issued to Respondent, Norman D. Bishop, is ENFORCED;

3. Norman Bishop shall APPEAR at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227, before Revenue Officer Lorena Ramos, or her designated representative, on the twenty-first (21st) day following the issuance of this order, or at a date to be set in writing by Revenue Officer Ramos, then and there to be sworn, to give testimony, and produce for examining and copying the books, checks, records, papers, and other data demanded by the summons, the examination to continue from day to day until completed;

4. The Court shall retain jurisdiction to enforce this order;

5. The United States shall notify the Court regarding Respondent's compliance with this order; and

6. This case shall NOT be administratively closed.

IT IS SO ORDERED.

**Dated:   February 8, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE