# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-1604 LJO SKO |
| Plaintiff, | **NOTICE OF INTENT TO CLOSE ACTION** |
| vs. | |
| NORMAN D. BISHOP, | |
| Defendant. | |
| _____/ | |

Given the inactivity in this action, this Court will close this action, unless no later than November 16, 2012, papers are filed and served showing good cause not to close this action.

IT IS SO ORDERED.

**Dated:   November 7, 2012**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1