# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Petitioner,<br>     vs.<br>NORMAN D. BISHOP,<br><br>          Respondent.<br>_____ / | CASE NO. CV F 11-001604 LJO MJS<br><br>**ORDER TO APPEAR** |

Pursuant to this Court's December 3, 2012 civil contempt order, respondent Norman D. Bishop appeared in custody before this Court on December 10, 2012. Petitioner United States of America appeared by Assistant U.S. Attorney Glen Dorgan and petitioner Internal Revenue Service ("IRS") Revenue Officer Lorena Ramos also appeared. After discussion AND AGREEMENT with the parties and on the basis of good cause, this Court:

1. ORDERS petitioner to complete the IRS form 433A provided to him in Court.
2. ORDERS petitioner to meet with IRS Revenue Officer Lorena Ramos on Thursday, December 13, 2012 at 10:00 a.m. at 2525 Capitol Street, Suite 206, Fresno, CA 93721, at which time petitioner shall be prepared to answer questions and provide information, including producing pertinent records and documents, as to matters subject to the IRS form 433A.

    3.    ORDERS Norman D. Bishop to appear before this Court on Monday, December 17, 2012 at 8:15 am in Department 4 (LJO).

    4.    Petitioner shall be released from the custody of the U.S. Marshal forthwith.

**If Norman D. Bishop fails to comply with this order, this Court will issue a bench warrant for his arrest and return him to custody.**

IT IS SO ORDERED.

Dated:  **December 10, 2012**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE