1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA 95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:  (916) 554-2900
   Email: yoshinori.himel@usdoj.gov
6
7  Attorneys for Petitioner United States of America

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,           )   Case No. 1:11-cv-01604-LJO-MJS
                                        )
12              Petitioner,             )
                                        )   **PETITIONER'S NOTICE OF**
13        v.                            )   **COMPLIANCE; ORDER CLOSING FILE**
                                        )
14  NORMAN D. BISHOP,                   )
                                        )
15              Respondent.             )   **Taxpayer:  NORMAN D. BISHOP**,
    _____    )   as Sole Proprietor of Clovis Ace Hardware
16

17  TO THIS HONORABLE COURT:

18       PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently

19  complied with the summons enforced here. The case can and should be closed.

20

21  Dated:  January 29, 2013              BENJAMIN B. WAGNER
                                          United States Attorney

22

23                               By:     /s/ YHimel
                                          YOSHINORI H. T. HIMEL
                                          Assistant U. S. Attorney
24

25

26

27

28
   **PETITIONER'S NOTICE OF COMPLIANCE;**                                    1
   **ORDER CLOSING FILE**

1

## <u>ORDER</u>

2          Upon Petitioner's notice of compliance and recommendation, the Clerk shall close

3 this file.

4

5                                IT IS SO ORDERED.

6 **Dated:**   **January 29, 2013**        /s/  **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PETITIONER'S NOTICE OF COMPLIANCE;**                                2
**ORDER CLOSING FILE**