BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01604-LJO-MJS |
| Petitioner, | |
| v. | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| NORMAN D. BISHOP, | |
| Respondent. | **Taxpayer: NORMAN D. BISHOP**, as Sole Proprietor of Clovis Ace Hardware |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here. The case can and should be closed.

Dated: January 29, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *YHimel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

**PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE**

1


**ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

**Dated:**   **January 29, 2013**          /s/  Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

**PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE**